| | | |
|---|---|---|
| 1 | **CENTER FOR DISABILITY ACCESS**<br>Ray Ballister (SBN 111282) | JS-6 |
| 2 | Mark Potter (SBN 166317)<br>Phyl Grace (SBN 171771) | |
| 3 | Dennis Price (SBN 279082)_<br>Mail: P.O. Box 262490 | |
| 4 | San Diego, California 92196<br>Delivery: 9845 Erma Road, Suite 300 | |
| 5 | San Diego, California 92131<br>Telephone: (858) 375-7385 | |
| 6 | Facsimile: (888) 422-5191<br>Email: phylg@potterhandy.com | |
| 7 | | |
| 8 | Attorneys for Plaintiff<br>DANIEL LOPEZ | |
| 9 | **TUNGSTEN LEGAL, A PROF. LAW CORP.**<br>Elena S. Min, SBN 235065 | |
| 10 | 10620 Treena Street, Suite 230<br>San Diego, California 92131 | |
| 11 | Telephone: (858) 860-5260<br>Email: esm@tungsten-legal.com | |
| 12 | | |
| 13 | Attorneys for Defendants<br>JOHNNY B. MIN and DUCK JA MIN | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | DANIEL LOPEZ, | Case No. 2:14-CV-07748-CAS (PJWx) |
| 20 | Plaintiff, | **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| 21 | vs. | |
| 22 | JOHNNY B. MIN, in his individual and representative capacity as trustee of the Min Family Trust; DUCK JA MIN, in individual and representative capacity as trustee of the Min Family Trust; and DOES 1 through 10, inclusive, | [Concurrently filed with Stipulation for Dismissal with Prejudice of Entire Action] |
| 25 | Defendants. | |

|  |  |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having reviewed the Stipulation for Dismissal with Prejudice of Entire Action by |
| 3 | plaintiff Daniel Lopez and defendants Johnny B. Min and Duck Ja Min, |
| 4 | IT IS HEREBY ORDERED that the entire action, including all claims against all |
| 5 | defendants, are hereby DISMISSED WITH PREJUDICE.  Each party shall bear his or her |
| 6 | own costs and fees. |
| 7 | |
| 8 | Dated: January 6, 2015   *Christina A. Snyder* |
| 9 | U.S. DISTRICT COURT JUDGE |